# ENTRY ORDER

2022 VT 51

SUPREME COURT DOCKET NO. 22-AP-145

SEPTEMBER TERM, 2022

| | | |
|---|---|---|
| In re William Cobb, Esq. (Office of Disciplinary Counsel) | } } } } } } | Original Jurisdiction<br><br>Professional Responsibility Board<br><br>Case Nos. PRB-099-2020, PRB-103-2020 |

In the above-entitled cause, the Clerk will enter:

¶ 1. The Court ordered review of this decision on its own motion. Upon review of the briefs and the hearing panel's decision in this matter, the Court adopts the hearing panel's decision in its entirety as a final order of this Court. The hearing panel's decision may be accessed at: In re William Cobb, Esq., Nos. PRB-099-2020, PRB-103-2020 (May 24, 2022), https://www.vermontjudiciary.org/sites/default/files/documents/PRB%20No.%202020-099%20 and%20103%20-%20Cobb%20-%20HP%20Decision%20246%20-%2022-%200524_0.pdf [https://perma.cc/3BPE-YXLQ].

BY THE COURT:

_____
Paul L. Reiber, Chief Justice

_____
Harold E. Eaton, Jr., Associate Justice

_____
Karen R. Carroll, Associate Justice

_____
William D. Cohen, Associate Justice

_____
Brian L. Burgess, Associate Justice (Ret.),
Specially Assigned